**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Civil No. 1:25-cv-03914** |
| | : | |
| | : | |
| | : | |
| **APPROXIMATELY 927,155.442 USDT** | : | |
| | : | |
| **Defendant.** | : | |

**STATUS REPORT**

The United States of America informs the court of its compliance with the notice requirements of Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions:

1) Consistent with G(4)(a), the United States conducted publication via notice on an official government forfeiture site for at least 30 consecutive days. The last date of publication was 3/19/26. *See* Doc. No. 2.

2) The United States will file a clerk's motion for default after 60 days from the first date of publication on forfeiture.gov pursuant to Supplemental Rule of Civil Procedure G(5)(a)(ii)(B), which is April 19, 2026.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Rick Blaylock, Jr.*
Rick Blaylock, Jr.
TX Bar No. 24103294
Assistant United States Attorney
Asset Forfeiture Coordinator
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20001

2

(202) 252-6765

*Attorney for the United States*